SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
PHILIP BARILOVITS (State Bar No. 199944)
pb@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
1ST METROPOLITAN MORTGAGE
GROUP DBA EMPIRE EQUITY GROUP,
INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| FARID ZADRAN,<br><br>   Plaintiff,<br><br> vs.<br><br>JP MORGAN CHASE BANK FKA WASHINGTON MUTUAL BANK, FA; BANK OF AMERICA; CALIFORNIA RECONVEYANCE COMPANY; 1ST METROPOLITAN MORTGAGE GROUP DBA EMPIRE EQUITY GROUP, INC.; MIKE KIM; and DOES 1-20 inclusive,<br><br>   Defendants. | Case No.: 2:09-cv-02708-FCD-DAD<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME FOR 1ST METROPOLITAN MORTGAGE GROUP TO RESPOND TO PLAINTIFF'S COMPLAINT** |

WHEREAS, defendant's current deadline to respond to the Complaint is October 29, 2009;

WHEREAS, defendant is an out-of-state corporation that has only just been able to retain counsel to represent them in this action;

WHEREAS, plaintiff agrees to grant defendant a 20-day extension to respond to the complaint; and

WHEREAS, the parties have not previously requested an extension of time.

In light of the foregoing, the parties, through their counsel, stipulate and agree to continue defendant 1st Metropolitan Mortgage Group's deadline to file and serve its response from October 29, 2009, to November 18, 2009.

DATED: October 29, 2009                     SEVERSON & WERSON

                                            By:  /S/ Sunny S. Huo
                                                 Sunny S. Huo

                                            Attorneys for Defendant 1st Metropolitan Mortgage Group

DATED: October 29, 2009                     LAW OFFICE OF SHARON L. LAPIN

                                            By:  /S/ Sharon L. Lapin
                                                 Sharon L. Lapin

                                            Attorneys for Plaintiff Farid Zadran

### ORDER

**IT IS SO ORDERED:**

1. Defendant 1st Metropolitan Mortgage Group deadline to file and serve its response to plaintiffs' complaint is extended to November 18, 2009.

DATE: October 30, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE