UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| FARID ZADRAN, | Case No.:  2:09-CV-02708-FCD-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE EXTENSION OF TIME FOR 1ST METROPOLITAN MORTGAGE GROUP TO RESPOND TO PLAINTIFF'S COMPLAINT (E.D. CAL. CIV. L.R. 6-144(a))** |
| vs. | |
| JP MORGAN CHASE BANK FKA WASHINGTON MUTUAL BANK, FA; BANK OF AMERICA; CALIFORNIA RECONVEYANCE COMPANY; 1ST METROPOLITAN MORTGAGE GROUP DBA EMPIRE EQUITY GROUP, INC.; MIKE KIM; and DOES 1-20 inclusive, | |
| Defendants. | |

**ORDER**

IT IS ORDERED:

1.   Defendant 1st Metropolitan Mortgage's deadline to file and serve its response to plaintiffs' Complaint is extended to November 20, 2009.

DATE:  November 18, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 1 -