UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FARID ZADRAN,

        Plaintiff,

   v.

JPMORGAN CHASE BANK fka WASHINGTON MUTUAL BANK, FA, et. al.,

        Defendants.

NO. 2:09-CV-2708 FCD DAD

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

1. The hearing on Defendants' Motions to Dismiss (Docket #'s 23 and 27) is continued to May 21, 2010, at 10:00 a.m. Plaintiff shall file and serve its opposition briefs or notices of non-opposition no later than May 7, 2010. The defendants may file and serve a reply on or before May 14, 2010.

2. Plaintiff's counsel is ordered to show cause why she should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motions in compliance with Local Rule 230(c).

///

3. Plaintiff's counsel shall file her response to the order to show cause on or before May 7, 2010.

4. A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: March 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE