UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FARID ZADRAN,

        Plaintiff,

    v.

JPMORGAN CHASE BANK FKA WASHINGTON MUTUAL BANK, FA; BANK OF AMERICA HOME LOANS; WASHINGTON MUTUAL BANK, FA; CALIFORNIA RECONVEYANCE COMPANY; 1st METROPOLITAN MORTGAGE DBA EMPIRE EQUITY GROUP, INC.; MIKE KIM; and DOES 1-20 inclusive,

        Defendants.
_____/

Civ. No. S-09-2708 FCD/DAD

MEMORANDUM AND ORDER

----oo0oo----

    This matter is before the court on the motions of defendants JPMorgan Chase Bank, N.A., Bank of America, N.A., California Reconveyance Company, and 1st Metropolitan Mortgage to dismiss plaintiff Farid Zadran's ("plaintiff") amended complaint pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6).  On April 30, 2010, plaintiff filed a statement of non-opposition,

1

1  requesting that all claims against all defendants be dismissed
2  without prejudice pursuant to Federal Rule of Civil Procedure
3  41(a) (providing that a party may dismiss an action without court
4  order before the opposing party serves either an answer or a
5  motion for summary judgment); see Swedberg v. Marotzke, 339 F.3d
6  1139 (9th Cir. 2003) (defendant's filing of a motion to dismiss,
7  pursuant to FRCP 12(b), does not prevent the plaintiff from later
8  filing a voluntary dismissal).  Accordingly, plaintiff's
9  complaint is DISMISSED without prejudice.
10       IT IS SO ORDERED.
11 DATED: May 7, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE