UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FARID ZADRAN,

        Plaintiff,

   v.

JP MORGAN CHASE BANK, N.A., et. al.,

        Defendants.

NO. 2:09-cv-2708 FCD DAD

<u>ORDER FOR SANCTIONS</u>

    On March 29, 2010, plaintiff's counsel, Ms. Sharon Lapin, was ordered to show cause why she should not be sanctioned in the amount of $150.00 for failing to file an opposition brief or notice of non-opposition to defendants' pending motions to dismiss. The court ordered counsel to file her response to the Order to Show Cause on or before May 7, 2010.

    Plaintiff's counsel filed her response to the Order to Show Cause on May 7, 2010, and the court does not find good cause to discharge the Order to Show Cause.  Accordingly, the court makes the following orders:

    1.   Ms. Lapin shall pay sanctions in the amount of **$150.00**. Payment should be in the form of a check made payable to the Clerk of the Court.  The sum is to be paid personally by plaintiff's counsel not later than

        **fourteen (14) days** from the filing of this Order for Sanctions.

2. This sanction is personal to the attorney, is to be borne by her personally, and is not to be transmitted to the client by way of a charge of attorney's fees and/or costs.

3. Not later than **twenty-one (21) days** from the filing of this Order, plaintiff's counsel shall file a declaration attesting to her compliance with the terms of this Order.

IT IS SO ORDERED.

DATED: May 11, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2